# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hollander, Ellen L. | 2. Court or Organization<br><br>U.S. District Court - Maryland | 3. Date of Report<br><br>4/20/10 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge Nominee | 5a. Report Type (check appropriate type)<br>☑ Nomination, Date 4/21/10<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/09 to 3/31/10 |
| 7. Chambers or Office Address<br><br>111 North Calvert Street<br>Baltimore, Maryland 21202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF TRUSTEES | GOUCHER COLLEGE |
| 2. BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989-2010 | Retirement System for Judges of the State of Maryland |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | STATE OF MARYLAND | $37,389 |
| 2. 2009 | STATE OF MARYLAND | $149552 |
| 3. 2008 | STATE OF MARYLAND | $145802 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF-EMPLOYED ADVERTISING/MARKETING |
| 2. 2009 | SELF-EMPLOYED ADVERTISING/MARKETING |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ATT & T - COMMON STOCK | A | DIV | J | T | Exempt | | | | |
| 2. COMCAST - COMMON STOCK | A | DIV | J | T | | | | | |
| 3. IBM - COMMON STOCK | C | DIV | M | T | | | | | |
| 4. VERIZON COMMUNICATIONS COMMON STOCK | A | DIV | J | T | | | | | |
| 5. IDEARC - COMMON STOCK | | NONE | J | T | | | | | |
| 6. ISRAELI BONDS | A | INT | J | T | | | | | |
| 7. METLIFE - TRUST INTERESTS | A | DIV | J | T | | | | | |
| 8. BROKERAGE ACCOUNTS | | | | | | | | | |
| 9. CASH EQUIVALENT | A | INT | J | T | | | | | |
| 10. MERRILL LYNCH BANK DEPOSIT | A | INT | K | T | | | | | |
| 11. EVERGREEN MM FUND | A | DIV | J | T | | | | | |
| 12. CMA TAX EXEMPT FUND | A | INT | L | T | | | | | |
| 13. CMA GOV'T SECURITIES FUND | | NONE | J | T | | | | | |
| 14. ALCON, INC. - COMMON | A | DIV | K | T | | | | | |
| 15. ANSYS, INC. - COMMON | | NONE | K | T | | | | | |
| 16. APACHE CORP - COMMON | A | DIV | K | T | | | | | |
| 17. CHICAGO BRIDGE & IRON CO. - NV | | NONE | K | T | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CISCO SYST. - COMMON | | NONE | K | T | Exempt | | | | |
| 2. COVANCE, INC. - COMMON | | NONE | J | T | | | | | |
| 3. CONSOLIDATED ENERGY - COMMON | A | DIV | J | T | | | | | |
| 4. DENTSPLY INT'L - COMMON | A | DIV | J | T | | | | | |
| 5. CONSOLIDATED EDISON - COMMON | A | DIV | J | T | | | | | |
| 6. EXPEDITORS INT'L OF WASH - COMMON | A | DIV | K | T | | | | | |
| 7. FASTENAL CO. - COMMON | B | DIV | M | T | | | | | |
| 8. COMMON AMERICAN TOWER CORP A | | NONE | J | T | | | | | |
| 9. MARKEL CORP COMMON | | NONE | J | T | | | | | |
| 10. IDEXX LAB, INC. - COMMON | | NONE | K | T | | | | | |
| 11. INTEL CORP. - COMMON | B | DIV | K | T | | | | | |
| 12. IRON MOUNTAIN, INC. - COMMON | | NONE | K | T | | | | | |
| 13. JACOBS ENG. GRP. - COMMON | | NONE | K | T | | | | | |
| 14. J & J - COMMON | A | DIV | J | T | | | | | |
| 15. K-TRON INT'L - COMMON | | NONE | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns D1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000    N = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ULTRA PETROLEUM - COMMON | | NONE | J | T | Exempt | | | | |
| 2. MONSANTO CO. - COMMON | A | DIV | J | T | | | | | |
| 3. PAYCHEX, INC. - COMMON | B | DIV | K | T | | | | | |
| 4. POTASH CORP OF SASKATCHEWAN - COMMON | A | DIV | J | T | | | | | |
| 5. QUALCOMM, INC. - COMMON | A | DIV | K | T | | | | | |
| 6. RESMED, INC. - COMMON | | NONE | K | T | | | | | |
| 7. RIO TINTO ADR EACH - common shares | A | DIV | K | T | | | | | |
| 8. ROPER INDUSTIRES - COMMON | A | DIV | K | T | | | | | |
| 9. SCHLUMBERGER, LTD - COMMON | A | DIV | J | T | | | | | |
| 10. SMITH INT'L - COMMON | A | DIV | K | T | | | | | |
| 11. STERICYCLE - COMMON | | NONE | K | T | | | | | |
| 12. STRYKER CORP - COMMON | A | DIV | K | T | | | | | |
| 13. T.R. PRICE GRP - COMMON | A | DIV | K | T | | | | | |
| 14. TECHNE CORP - COMMON | A | DIV | K | T | | | | | |
| 15. TEVA PHARMA - ORD SHRS | A | DIV | K | T | | | | | |
| 16. THIMBLE NAVIGATION - COMMON | | NONE | K | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 4/20/10 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. W.R. BERKLEY & CO. - COMMON | A | DIV | K | T | Exempt | | | | |
| 2. ARTISAN SM CAP VALUE INVESTOR FUND | | NONE | J | T | | | | | |
| 3. AMERICAN FNDS - BALANCED F-1 | | NONE | J | T | | | | | |
| 4. AMERICAN FNDS - GROWTH FND OF AMERICA - F-1 | A | DIV | J | T | | | | | |
| 5. BLACKROCK GLOBAL ALLOCATION FUND, CLASS A | A | DIV | J | T | | | | | |
| 6. DAVIS NY VENTURE FND - CLASS A | A | DIV | J | T | | | | | |
| 7. FIRST EAGLE GLOBAL FND, CLASS A | A | DIV | J | T | | | | | |
| 8. HARTFORD MUTUAL FUNDS - MID CAP, CLASS A | | NONE | J | T | | | | | |
| 9. IVY FNDS - ASSET STRATEGY FUND, CLASS A | A | DIV | J | T | | | | | |
| 10. PERKINS MID CAP VALUE FUND, CLASS J | | NONE | J | T | | | | | |
| 11. J P MORGAN SMALL CAP EQUITY FND, CLASS A | A | DIV | J | T | | | | | |
| 12. THP - MD TAX FREE BOND FUND | A | INT | J | T | | | | | |
| 13. PIONEER CULLEN VALUE FUND, CLASS A | A | DIV | J | T | | | | | |
| 14. J P MORGAN MID CAP VALUE FND, CLASS A | A | DIV | | | | | | | |
| 15. VERIZON COMMUNCATIONS - COMMON | A | DIV | J | T | | | | | |
| 16. JANUS MID CAP VALUE FD I | | NONE | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | C =$1,001 - $2,500 | E =$7,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $150,000 | |
| (See Columns C1 and D3) | N =$250,000,001 - $50,000,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollooder, Ellen L. | 4/20/10 |

# VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month– Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT #1 | B | DIV | M | T | Exempt | | | | |
| 2. AMERICAN FUNDS BALANCED FD - B | | | | | | | | | |
| 3. ARTISAN SMALL CAP VALUE INVESTOR FD | | | | | | | | | |
| 4. BLACKROCK GLOBAL ALLOC. FD A | | | | | | | | | |
| 5. AMERICAN FUNDS CAPITAL WORLD G & I FD B | | | | | | | | | |
| 6. FIRST EAGLE GLOBAL FD I | | | | | | | | | |
| 7. AMERICAN FUNDS GROWTH FD OF AMERICA B | | | | | | | | | |
| 8. AMERICAN FUNDS GROWTH FD OF AMERICA F1 | | | | | | | | | |
| 9. HARTFORD MID CAP FD A | | | | | | | | | |
| 10. ING GLOBAL REAL ESTATE FD A | | | | | | | | | |
| 11. IVY ASSET STRATEGY FD A | | | | | | | | | |
| 12. PERKINS MID CAP VALUE FD INV | | | | | | | | | |
| 13. DAVIS NY VENTURE FD Y | | | | | | | | | |
| 14. PIMCO TOTAL RETURN FD A | | | | | | | | | |
| 15. JP MORGAN SMALL CAP EQUITY FD A | | | | | | | | | |
| 16. PIONEER CULLEN VALUE FD A | | | | | | | | | |
| 17. VAN KAMPEN GLOBAL FRANCHISE FD B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holinader, Ellen L. | 4/20/10 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT #1 (CONTINUED) | B | DIV | M | T | Exempt | | | | |
| 2. VAN KAMPEN COMSTOCK FD B | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. NORTHWESTERN MUTUAL | | | | | | | | | |
| 5. WHOLE LIFE INSURANCE POLICY - CASH VALUE | | | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A = $1,000 or less | D = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holinader, Ellen L. | 4/20/10 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT #2 | B | DIV | L | T | Exempt | | | | |
| 2. ARTISAN SMALL CAP VALUE INVESTOR FD | | | | | | | | | |
| 3. BLACKROCK GLOBAL ALLOC. FD A | | | | | | | | | |
| 4. FIRST EAGLE GLOBAL FD I | | | | | | | | | |
| 5. AMERICAN FUNDS GROWTH OF AMERICA F1 | | | | | | | | | |
| 6. HARTFORD MID CAP FD A | | | | | | | | | |
| 7. ING GLOBAL REAL ESTATE FD A | | | | | | | | | |
| 8. IVY ASSET STRATEGY FD A | | | | | | | | | |
| 9. PERKINS MID CAP VALUE FD INV SHS CLASS T | | | | | | | | | |
| 10. DAVIS NY VENTURE FD Y | | | | | | | | | |
| 11. PIMCO TOTAL RETURN FD A | | | | | | | | | |
| 12. JP MORGAN SMALL CAP EQUITY FD A | | | | | | | | | |
| 13. PIONEER CULLEN VALUE FD A | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 401 (K) PLAN | NONE | N | T | | Exempt | | | | |
| 2. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | | | | | | | | | |
| 3. AMERICAN FUNDS GROWTH FD OF AMERICA R6 | | | | | | | | | |
| 4. DREYFUSS MID CAP INDEX FD | | | | | | | | | |
| 5. FIDELITY PURITAN FD | | | | | | | | | |
| 6. GOLDMAN SACHS LARGE CAP VALUE FD INST. | | | | | | | | | |
| 7. PIMCO TOTAL RETURN FD 1 | | | | | | | | | |
| 8. T. ROWE PRICE SMALL CAP STK FD | | | | | | | | | |
| 9. VANGUARD INSTL INDEX FD IP | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature *Ellen L. Hollander  4/20/10*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 5 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 132 | 404 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 287 | 353 |
| Real estate owned-add schedule | | 821 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 228 | 500 | | | | |
| Cash value-life insurance | | 204 | 921 | | | | |
| Other assets itemize: | | | | | | | |
| Retirement Funds – See schedule | | 470 | 449 | | | | |
| Controlling Interest Funds Held in Trust – | | | | | | | |
| See Schedule | | 511 | 588 | Total liabilities | | 287 | 353 |
| Other Assets – See Schedule | | 3 | 850 | Net Worth | 3 | 091 | 359 |
| Total Assets | 3 | 378 | 712 | Total liabilities and net worth | 3 | 378 | 712 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | | NO |
| On leases or contracts | | 3 | 913 | Are you defendant in any suits or legal actions? | | | NO |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | NO |
| Provision for Federal Income Tax | | 347 | 541 | | | | |
| Other special debt | | | | | | | |